```
                         United States Bankruptcy Court
                            District of Massachusetts
In re:                                                     Case No. 10-17358-fjb
Michael Joseph Ciulla                                      Chapter 13
Kimberly Ann Ciulla
       Debtors
                             CERTIFICATE OF NOTICE
District/off: 0101-1          User: ncalvo              Page 1 of 2                    Date Rcvd: May 24, 2011
                              Form ID: pdf012           Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2011.
db/jdb       +Michael Joseph Ciulla,    Kimberly Ann Ciulla,    1706 Lewis O. Gray Dr.,   Saugus, MA 01906-4428
aty          +Anthony V. Rozzi,    The Law Offices of Anthony V. Rozzi,    21 Wingate St.,   Suite 104,
               Haverhill, MA 01832-5728
aty          +Erik Shaughnessy,   Marcus, Errico, Emmer & Brooks, P.C.,
               45 Braintree Hill Office Park, Suite 107,   Braintree, MA 02184-8740
aty          +Laura White Brandow,    Marcus Errico Emmer & Brooks, PC,   45 Braintree Hill Park,   Suite 107,
               Braintree, MA 02184-8740
aty          +Stephen Valente,   Doonan Graves & Longoria, LLC,   100 Cumming Center,    Suite 225D,
               Beverly, MA 01915-6113
tr           +Carolyn Bankowski-13,   Chapter 13 Trustee Boston,   P. O. Box 8250,    Boston, MA 02114-0950
cr           +Aurora Loan Services, LLC,    c/o Doonan, Graves & Longoria, LLC,   100 Cummins Center,
               Suite 225D,   Beverly, MA 01915-6113
cr           +Candica, L.L.C.,   c/o Weinstein And Riley, PS,   2001 Western Avenue,    Ste 400,
               Seattle, WA 98121-3132
17645388     +AT&T,   PO Box 536216,   Atlanta, GA 30353-6216
17677569     +Aurora Loan Services, LLC,    c/o Doonan, Graves & Longoria, LLC,
               100 Cummings Center, Suite 225D,   Beverly, MA 01915-6113
17630284     +Bank Of America,   Po Box 17054,   Wilmington, DE 19850-7054
17630285     +Bk Of Amer,   501 Bleecker St,   Utica, NY 13501-2401
17645389     +Boston Brace DBA NOPCO,   20 Ledin Drive,   Avon, MA 02322-1156
17645391     +CHMC Anesthesia/Waltham,    PO Box 843069,   Boston, MA 02284-3069
17841487     +Candica, L.L.C.,   c/o Weinstein & Riley, P.S.,   PO Box 3978,   Seattle, WA 98124-3978
17645390     +Ceridian Cobra Services,   PO Box 534099,   Saint Petersburg, FL 33747-4099
17630286     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17630287     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17630290     +CitiMortgage, Inc.,   PO Box 689196,   Des Moines, IA 50368-9196
17658483      CitiMortgage, Inc.,   PO Box 6941,   The Lakes, NV 88901-6941
17630288     +Citibank,   Po Box 22828,   Rochester, NY 14692-2828
17647386     +Citibank NA as trustee for The SLC,   United Guaranty Comm. Ins. Co. of NC,
               230 North Elm Street,   Greensboro NC 27401-2417
17645392      Comcast,   PO B ox 1577,   Newark, NJ 07101
17738498     +Fia Card Services, NA As Successor In Interest to,    Bank of America NA and Mbna America Bank,
               1000 Samoset Drive,   DE5-023-03-03,   Newark, DE 19713-6000
17692878      GCO ELF MASTER TII,   C/O ACS,   PO BOX 22724,   LONG BEACH, CA 90801-5724
17630292     +Glelsi/Keycorp Student,   2401 International Ln,   Madison, WI 53704-3121
17802980     +HMFP-ObGYN,   P.O.box 48458,   Oak Park, MI 48237-6058
17794611     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Rd., Suite 200,
               Tucson, AZ 85712-1083
17673844     +HSBC Bank Nevada, N.A.,   Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
17645393     +Hallmark Health Diagonostic,   PO Box 3237,   Woburn, MA 01888-3237
17630293     +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
17645394     +Jorge Tejeda,   PO Box 17602,   Baltimore, MD 21297-1602
17654354     +KEYBANK, N.A.,    C/O WELTMAN, WEINBERG & REIS CO., LPA,   323 W. LAKESIDE AVE., 2ND FL.,
               CLEVELAND, OH 44113-1085
17762911     +Massachusetts Department of Revenue,    Bankruptcy Unit,   P.O. Box 9564,   Boston, MA 02114-9564
17802981     +Massachusetts Eye and Ear Infirmary,    243 Charles Street,   Boston, MA 02114-3002
17645395     +Melrose Wakefield Cardiac Testing,    PO Box 3237,   Woburn, MA 01888-3237
17630294    ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,    2901 Kinwest Pkwy,   Irving, TX 75063)
17645396     +National Grid,   PO Box 1005,   Woburn, MA 01807-1005
17635899      Nissan - Infiniti,   POB 660366,   Dallas, TX 75266-0366
17646446     +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,   PO Box 12914,
               Norfolk VA 23541-0914
17713313     +United Guaranty Commercial,   Insurance Company of North Carolina,    P.O. Box 20327,
               Greensboro, NC 27420-0327
17645398     +Winchester Anesthesia Associates, Inc.,    41 Highland Avenue,   Winchester, MA 01890-1446
17802982      Winchester Hospital,   PO Box 5-0825,   Woburn, MA 01815-0825
17721475      eCAST Settlement Corporation, assignee,    of Citibank (South Dakota), N.A.,   POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion01.bo.ecf@usdoj.gov May 24 2011 23:15:29     John Fitzgerald,
               Office of the US Trustee,   J.W. McCormack Post Office & Courthouse,
               5 Post Office Sq., 10th Fl, Suite 1000,   Boston, MA 02109-3934
17630283     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com May 24 2011 23:14:48     Aurora Loan Services,
               10350 Park Meadows Drive,   Littleton, CO 80124-6800
17777446      E-mail/PDF: BNCEmails@blinellc.com May 25 2011 00:34:11     CR Evergreen, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
17630291      E-mail/Text: BANKRUPT@EASTERNBK.COM May 24 2011 23:14:28     Eastern Bank,   125 Washington St,
               Salem, MA 01970
17657349     +E-mail/Text: BANKRUPT@EASTERNBK.COM May 24 2011 23:14:29     Eastern Bank,   195 Market St.,
               Lynn, MA 01901-1517
```

```
Case 10-17358    Doc 123    Filed 05/26/11    Entered 05/27/11 00:47:30    Desc Imaged
                         Certificate of Service    Page 2 of 3
```

```
District/off: 0101-1          User: ncalvo              Page 2 of 2              Date Rcvd: May 24, 2011
                              Form ID: pdf012           Total Noticed: 53

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
17817654      E-mail/PDF: gecsedi@recoverycorp.com May 25 2011 00:36:22      GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
17802979     +E-mail/Text: lspringer@hallmarkhealth.org May 24 2011 23:15:20      Hallmark Health,
              100 Hospital Road,   Malden, MA 02148-3573
17685392      E-mail/PDF: rmscedi@recoverycorp.com May 25 2011 00:36:23
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
17645397     +E-mail/PDF: whatch@saugus-ma.gov May 25 2011 00:38:33     Town of Saugus,   298 Central Street,
              Saugus, MA 01906-2118
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17630282     Acs Gco
cr*          +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
              Tucson, AZ 85712-1083
cr*          +Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
17630289*    +Citibank,   Po Box 22828,   Rochester, NY 14692-2828
17630295*   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,   DALLAS TX 75266-0366
             (address filed with court: Nissan-Infiniti Lt,   2901 Kinwest Pkwy,   Irving, TX 75063)
                                                                                 TOTALS: 1, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 26, 2011**                        **Signature:**    *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
**Proceeding Memorandum/Order**

**In Re:** Michael Joseph Ciulla and Kimberly Ann Ciulla        **Case/AP Number** 10-17358 -FJB
                                                                 **Chapter** 13

#99 Emergency Motion of Debtors to Vacate Order Dismissing Case (A. Rozzi) (Objections due 5/23/11)

**COURT ACTION:**

#99 _____ Hearing held

_____ Granted          _____ Approved          _____ Moot

_____ Denied           _____ Denied without prejudice          _____ Withdrawn in open court

_____ Overruled        _____ Sustained

_____ Continued to _____

_____ Proposed order to be submitted by _____

_____ Stipulation to be submitted by _____

_____ No appearance by _____

Show Cause Order          _____ Released          _____ Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

For the reasons set forth on the record, and in the absence of any objection, the motion to vacate the order of dismissal is hereby granted.  This case is hereby reinstated.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 05/24/2011
Frank J. Bailey
United States Bankruptcy Judge