# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Michael Joseph Ciulla and Kimberly Ann Ciulla        **Case/AP Number** 10-17358 **-FJB**
**Chapter** 13

    #126    Trustee's Objection to Confirmation of Plan

**COURT ACTION:**

_____Hearing held
_____Granted        _____Approved        _____Moot
_____Denied         _____Denied without prejudice        _____Withdrawn in open court
_____Overruled      _____Sustained
_____Continued to_____
_____Proposed order to be submitted by _____
_____Stipulation to be submitted by_____
_____No appearance by _____
Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Upon consideration of the Objection, to which the Debtors failed to file a response within 14 days, the Objection is sustained.  The Debtors shall file an amended plan within 30 days, failing which the case shall be dismissed.  See MLBR, Appendix 1, Rule 13-8, effective December 1, 2009, and MLBR 9013-1(d) and (e).

                                    IT IS SO ORDERED:

                                    /s/ Frank J. Bailey
                                    _____Dated: 06/20/2011
                                    Frank J. Bailey
                                    United States Bankruptcy Judge